IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARRELL YOUNG, *Plaintiff,* v. IGNACIO MERCADO, JR., et al., *Defendants.* | CIVIL ACTION NO. 22-2112 |

### ORDER

**AND NOW**, this 28th day of July 2023, upon consideration of Fourth-Party Defendant Finite Reimaging's Motion to Dismiss the Fourth-Party Complaint (ECF 31) and ESA Management's Response in Opposition (ECF 33), it is hereby **ORDERED** that the motion is **DENIED without prejudice.** Finite may file a 28 U.S.C. § 1404(a) or *forum non conveniens* motion no later than August 11, 2023.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.